IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIMBERLY WAINWRIGHT**                                                                 **PLAINTIFF**

v.                               No. 4:10-cv-1190-DPM

**CHARLES HOLLADAY; RANDY
MORGAN; SHAWN SMITH; and
KELLY PAXSON**                                                                          **DEFENDANTS**

ORDER

Joint motion, *Document No. 43*, granted. Wainright's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2013