# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KIMBERLY WAINWRIGHT**                                    **PLAINTIFF**

**v.**                        **No. 4:10-cv-1190-DPM**

**CHARLES HOLLADAY; RANDY
MORGAN; SHAWN SMITH; and
KELLY PAXSON**                                    **DEFENDANTS**

## JUDGMENT

Wainright's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_21 February 2013_